# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Osvaldo Pajon Gamboa,<br>a.k.a.: Juan Osvaldo Pajon-Gamboa,<br>a.k.a.: Juan Pajon Gamboa,<br>(A 208 197 954)<br>*Defendant* | Case No. 16-8419MJ |

DOA 11-3-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 3, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2016

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On November 3, 2016, Juan Osvaldo Pajon Gamboa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Lukeville, Arizona, on or about May 21, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 3, 2016, at or near Phoenix, in the District of Arizona, Juan Osvaldo Pajon Gamboa, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 3, 2016, Juan Osvaldo Pajon Gamboa was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at MCJ, Pajon Gamboa was examined by ICE Officer J. Davis who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 3, 2016, Pajon Gamboa was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Pajon Gamboa was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Osvaldo Pajon Gamboa to be a citizen of Mexico and a previously deported criminal alien. Pajon Gamboa was removed from the United States to Mexico through Lukeville, Arizona, on or about May 21, 2016, pursuant to an order of removal issued by an immigration official. There is no record of Pajon Gamboa in any Department of Homeland Security database to suggest that

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Pajon Gamboa's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Juan Osvaldo Pajon Gamboa in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Pajon Gamboa presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Pajon Gamboa entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Pajon Gamboa's immigration history was matched to him by electronic fingerprint comparison.

5. On November 4, 2016, Juan Osvaldo Pajon Gamboa was advised of his constitutional rights. Pajon Gamboa freely and willingly agreed to provide a statement under oath. Pajon Gamboa stated that his true and complete name is Juan Osvaldo Pajon Gamboa and that he is a citizen of Mexico. Pajon Gamboa stated that he illegally entered the United States on September 18, 2016, through "nogales," without inspection by an immigration officer. Pajon Gamboa further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 3, 2016, Juan Osvaldo Pajon Gamboa, an alien, was found in the

United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Lukeville, Arizona, on or about May 21, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 3, 2016, at or near Phoenix, in the District of Arizona, Juan Osvaldo Pajon Gamboa, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 7th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge